| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Walter, Donald E. | 2. Court or Organization<br><br>U.S. Dist Ct; Western Dist LA | 3. Date of Report<br><br>11/13/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Court Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>300 Fannin Street, Suite 4200<br>Shreveport, Louisiana 71101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bancorp South | Guarantor to loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. See attached description - timber farm rent | A | Rent | N | Q | | | | | |
| 2. JD Bank Account | A | Interest | M | T | | | | | |
| 3. See attached description | A | Royalty | J | V | | | | | |
| 4. Jefferson Davis Bank Common Stock - Morgan Stanley #1 | F | Dividend | P1 | T | | | | | |
| 5. See attached description | B | Rent | K | Q | | | | | |
| 6. Jefferson Davis Bank & Trust Common Stock | D | Dividend | | | Merged (with line 4) | 03/03/17 | P1 | | |
| 7. See attached description | | None | J | V | | | | | |
| 8. See attached description | | None | J | V | | | | | |
| 9. Exxon Mobil Common Stock-Morgan Stanley #1 | B | Dividend | | | Donated | | | | |
| 10. Bancorp South Account | A | Interest | J | T | | | | | |
| 11. Charles Schwab & Co., Inc.-money market | A | Int./Div. | J | T | | | | | |
| 12. See Attached Description | A | Royalty | J | V | | | | | |
| 13. See Attached Description | E | Royalty | L | V | | | | | |
| 14. The New Century,LLC | A | Rent | J | V | | | | | |
| 15. Interest in Niblett Irrigation Inc | | None | | | Sold | 12/31/17 | J | E | |
| 16. Richard Skipper Note | | None | J | V | | | | | |
| 17. JD Bank Account | | None | | | Merged (with line 2) | 01/01/17 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Morgan Stanley Bank #1 | A | Interest | J | T | | | | | |
| 19. Morgan Stanley #2-Bank | A | Interest | K | T | | | | | |
| 20. Morgan Stanley #3- Virtus Multi Sect Sht Trm | A | Dividend | J | T | | | | | |
| 21. Morgan Stanley #3-bank | A | Interest | J | T | | | | | |
| 22. Morgan Stanley #1- Alphabet Inc Cl A (formerly Google) | | None | L | T | | | | | |
| 23. Morgan Stanley #1-Facebook | | None | L | T | | | | | |
| 24. Mineral Interest located in Westmoreland County,Pennsylvania | C | Rent | J | W | | | | | |
| 25. Charles Schwab-Inovio Pharmaceuticals | | None | J | T | Sold (part) | 03/01/17 | J | A | |
| 26. | | | | | Buy (add'l) | 11/07/17 | J | | |
| 27. Morgan Stanley #3 - Principal GLB Divers | A | Dividend | J | T | | | | | |
| 28. Morgan Stanley #3 - First Trust Capital Strgth | A | Dividend | J | T | | | | | |
| 29. Morgan Stanley #3 - Ishares US Tech | A | Dividend | J | T | | | | | |
| 30. Morgan Stanley #3 - Ishares Healthcare | A | Dividend | J | T | | | | | |
| 31. Charles Schwab- Energy Trnfr Equity | A | Distribution | | | Sold | 08/04/17 | J | C | |
| 32. Morgan Stanley #1 - Pioneer Mlti Ast Ult | A | Dividend | | | Sold | 03/02/17 | N | B | |
| 33. Morgan Stanley #2 - Allergan | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 34. Morgan Stanley #2 - Alphabet | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley #2 - Amgen Inc. | A | Dividend | J | T | Sold (part) | 1/27/17 | J | A | |
| 36. | | | | | Sold (part) | 03/28/17 | J | A | |
| 37. Morgan Stanley #2 - Apple | A | Dividend | K | T | | | | | |
| 38. Morgan Stanley #2 - Bank of America Common Stock | A | Dividend | K | T | | | | | |
| 39. Morgan Stanley #2 - Blackrock Inc. | | None | | | Sold | 01/27/17 | J | A | |
| 40. Morgan Stanley #2 - CBS Corp | A | Dividend | | | Sold | 09/21/17 | J | A | |
| 41. Morgan Stanley #2 - Charles Schwab Corporation Stock | A | Dividend | J | T | | | | | |
| 42. Morgan Stanley #2 - Chevron Corp | A | Dividend | | | Sold | 08/31/17 | J | A | |
| 43. Morgan Stanley #2 - Chubb LTD | A | Dividend | | | Buy (add'l) | 04/06/17 | J | | |
| 44. | | | | | Sold (part) | 01/27/17 | J | A | |
| 45. | | | | | Sold | 08/31/17 | J | A | |
| 46. Morgan Stanley #2 - Comcast Corp | A | Dividend | | | Sold | 02/24/17 | J | B | |
| 47. Morgan Stanley #2 - Costco Wholesale | A | Dividend | | | Sold | 12/12/17 | J | B | |
| 48. Morgan Stanley #2 - Crown Castle | A | Dividend | | | Sold | 06/28/17 | J | A | |
| 49. Morgan Stanley #2 - Danaher Corp | A | Dividend | J | T | | | | | |
| 50. Morgan Stanley #2 - EOG Resources Inc | A | Dividend | J | T | | | | | |
| 51. Morgan Stanley #2 - Estee Lauder Co Inc | A | Dividend | | | Sold | 12/07/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Morgan Stanley #2 - Gilead Science | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 53. Morgan Stanley #2 - Goldman Sachs Grp Inc | A | Dividend | J | T | | | | | |
| 54. Morgan Stanley #2 - Honeywell International | A | Dividend | K | T | | | | | |
| 55. Morgan Stanley #2 - Ingersoll - Rand Plc | A | Dividend | J | T | | | | | |
| 56. Morgan Stanley #2 - Intl Business Machines Corp | A | Dividend | J | T | | | | | |
| 57. Morgan Stanley #2 - JP Morgan Common Stock | A | Dividend | K | T | | | | | |
| 58. Morgan Stanley #2 - Mastercard Inc | A | Dividend | | | Sold | 05/18/17 | J | A | |
| 59. Morgan Stanley #2 - Mckesson Corp | A | Dividend | | | Sold | 05/02/17 | J | A | |
| 60. Morgan Stanley #2 - Medtronic | A | Dividend | | | Sold | 05/18/17 | J | A | |
| 61. Morgan Stanley #2 - Microsoft | A | Dividend | | | Sold | 08/16/17 | J | B | |
| 62. Morgan Stanley #2 - Nike Inc | A | Dividend | | | Sold | 06/28/17 | J | A | |
| 63. Morgan Stanley #2 - Occidental Petroleum | A | Dividend | | | Sold | 12/20/17 | J | A | |
| 64. Morgan Stanley #2 - Oracle Corp | A | Dividend | J | T | | | | | |
| 65. Morgan Stanley #2 - Pepsico | A | Dividend | J | T | | | | | |
| 66. Morgan Stanley #2 - Pfizer Inc | A | Dividend | J | T | | | | | |
| 67. Morgan Stanley #2 - Schlumberger LTD | A | Dividend | | | Sold | 08/31/17 | J | A | |
| 68. Morgan Stanley #2 - T-Mobile US Inc | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Morgan Stanley #2 - Thermo Fisher Scientific | A | Dividend | J | T | | | | | |
| 70. Morgan Stanley #2 - Union Pacific Corp | A | Dividend | | | Sold | 04/06/17 | J | B | |
| 71. Morgan Stanley #2 - Wells Fargo & Co New | A | Dividend | | | Sold | 08/31/17 | J | A | |
| 72. Morgan Stanley #2 - Ishares S&P Midcap 400 index | A | Dividend | K | T | | | | | |
| 73. Morgan Stanley #2 - Ishares SP Small Cap 600 index | A | Dividend | K | T | | | | | |
| 74. Morgan Stanley #2 - Vanguard FTSE Emerging Markets | | None | | | Sold | 01/27/17 | L | C | |
| 75. Morgan Stanley #2 - Vanguard Intl Equity Index | | None | | | Sold | 01/27/17 | M | D | |
| 76. Morgan Stanley #2 - Amazon | | None | J | T | | | | | |
| 77. Morgan Stanley #2 - Cognizant Tech Solutions Cl A | A | Dividend | J | T | | | | | |
| 78. Morgan Stanley #2 - Exelon Corp | A | Dividend | J | T | | | | | |
| 79. Morgan Stanley #3 - Ishares S&P 500 Grwth | A | Dividend | J | T | | | | | |
| 80. Morgan Stanley #3 - Vanguard Mid Cap ETF Index | | None | | | Sold | 01/27/17 | J | A | |
| 81. Morgan Stanley #3 - Vanguard Short Term Bnd | A | Dividend | | | Sold | 03/07/17 | J | A | |
| 82. Morgan Stanley #3 - Vanguard Small Cap | | None | | | Sold | 01/27/17 | J | A | |
| 83. Morgan Stanley #3 - Vanguard Total Intl Stock | | None | | | Sold | 01/27/17 | J | A | |
| 84. Morgan Stanley #3 - Blackrock Multi-Asset Inc Inst | A | Dividend | J | T | Sold (part) | 03/08/17 | J | A | |
| 85. Morgan Stanley #3 - Invesco Diversified Dividend | A | Dividend | | | Sold | 06/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Morgan Stanley #3 - MFS Value I | A | Dividend | J | T | | | | | |
| 87. Morgan Stanley #3 - Ishares US Fin Services | A | Dividend | J | T | | | | | |
| 88. Morgan Stanley - Bank #4 | A | Interest | J | T | | | | | |
| 89. Morgan Stanley #4 - Energy Northwest Wash Elec Rev Bond | A | Interest | K | T | | | | | |
| 90. Morgan Stanley #4 - Michigan Finance Auth Bond | A | Interest | | | Sold | 06/21/17 | K | A | |
| 91. Morgan Stanley #4 - Tulsa Okla Met Util Auth Bond | A | Interest | K | T | | | | | |
| 92. Morgan Stanley #4 - Arizona Transp Brd Bond | A | Interest | J | T | | | | | |
| 93. Morgan Stanley #4 - Connecticut St Genl Bond | A | Interest | K | T | | | | | |
| 94. Morgan Stanley #4 - University Tex Univ Bond | A | Interest | K | T | | | | | |
| 95. Morgan Stanley #4 - Baltimore Cnty MD Bond | A | Interest | K | T | | | | | |
| 96. Morgan Stanley #4 - Delaware St Genl Bond | A | Interest | K | T | | | | | |
| 97. Morgan Stanley #4 - Rhode Island Comm Corp Bond | A | Interest | K | T | | | | | |
| 98. Morgan Stanley #4 - Georgia St Genl Bond | A | Interest | | | Sold | 02/06/17 | K | A | |
| 99. Morgan Stanley #4 - Clark Cnty Nev Bond | B | Interest | | | Sold | 07/25/17 | K | A | |
| 100. Morgan Stanley #4 - Illinois St Sales Tax Bond | B | Interest | K | T | | | | | |
| 101. Morgan Stanley #4 - Chicago Ill Bond | A | Interest | K | T | | | | | |
| 102. Morgan Stanley #4 - Lawrence Kans Wtr & Sew Bond | A | Interest | | | Sold | 03/21/17 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Morgan Stanley #4 - United States Treasury Note | A | Int./Div. | | | Sold | 01/11/17 | J | A | |
| 104. Morgan Stanley #4 - AB Municipal Income | D | Int./Div. | M | T | Buy (add'l) | 06/15/17 | J | | |
| 105. | | | | | Buy (add'l) | 06/22/17 | J | | |
| 106. | | | | | Buy (add'l) | 11/27/17 | J | | |
| 107. | | | | | Buy (add'l) | 11/28/17 | J | | |
| 108. Charles Schwab- Flexion Therapeutics | | None | | | Buy | 10/09/17 | J | | |
| 109. | | | | | Sold | 10/23/17 | J | A | |
| 110. Charles Schwab- Ford Motor Company | | None | | | Buy | 08/15/17 | J | | |
| 111. | | | | | Sold | 10/02/17 | J | B | |
| 112. Charles Schwab- Morgan Stanley Common Stock | A | Dividend | | | Buy | 03/01/17 | J | | |
| 113. | | | | | Sold | 08/04/17 | J | A | |
| 114. Morgan Stanley #4 - New Mexico St. Genl Bond | | None | K | T | Buy | 12/21/17 | K | | |
| 115. Morgan Stanley #4 - New York St Dorm Auth Bond | | None | K | T | Buy | 10/04/17 | K | | |
| 116. Morgan Stanley #4 - New York Ny City Transitional Bond | | None | K | T | Buy | 07/25/17 | K | | |
| 117. Morgan Stanley #4 - Hudson YDS Infrastructure Bond | A | Interest | J | T | Buy | 05/24/17 | J | | |
| 118. Morgan Stanley #4 - Davis Cnty Utah Bond | A | Interest | | | Buy | 03/23/17 | K | | |
| 119. | | | | | Sold | 10/03/17 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Morgan Stanley #4 - United States Treasury Bond (912828V23) | A | Interest | | | Buy | 01/11/17 | K | | |
| 121. | | | | | Buy (add'l) | 02/06/17 | J | | |
| 122. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 123. | | | | | Sold | 11/27/17 | K | A | |
| 124. Morgan Stanley #4 - United States Treasury Bond (912810FTO) | | None | J | T | Buy | 11/27/17 | J | | |
| 125. Morgan Stanley #3 - Goldman Activebeta US LC ETF | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 126. Morgan Stanley #3 - Goldman Sachs Activebeta Em | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 127. Morgan Stanley #3 - Ishares Core Intl Stock | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 128. Morgan Stanley #3 - Ishares IBond | A | Dividend | J | T | Buy | 03/07/17 | J | | |
| 129. Morgan Stanley #3 - Ishares S&P Midcap 400 Index | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 130. Morgan Stanley #3 - Ishares SP Small Cap 600 Index | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 131. Morgan Stanley #2- Analog Devices Inc. | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 132. Morgan Stanley #2- Citigroup Inc New C | A | Dividend | J | T | Buy | 05/18/17 | J | | |
| 133. Morgan Stanley #2- DowDupont Inc | | None | J | T | Buy | 12/07/17 | J | | |
| 134. Morgan Stanley #2- Home Depot Inc | A | Dividend | J | T | Buy | 09/01/17 | J | | |
| 135. Morgan Stanley #2- Johnson Controls International PLC | | None | | | Buy | 09/01/17 | J | | |
| 136. | | | | | Sold | 12/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Morgan Stanley #2- Lockheed Martin Corp | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 138. Morgan Stanley #2- Lowes Companies Inc | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 139. Morgan Stanley #2- Sherwin Williams Company Ohio | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 140. Morgan Stanley #2- USG Corporation New | | None | J | T | Buy | 09/01/17 | J | | |
| 141. Morgan Stanley #2- Weyerhaeuser Co | A | Dividend | J | T | Buy | 09/01/17 | J | | |
| 142. Morgan Stanley #2- Xilinx Inc | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 143. Morgan Stanley #2- Ishares Core MSCI | C | Dividend | M | T | Buy | 01/27/17 | M | | |
| 144. | | | | | Buy (add'l) | 05/18/17 | K | | |
| 145. Morgan Stanley #2- Amer Intl Gp Inc | | None | | | Buy | 06/28/17 | J | | |
| 146. | | | | | Sold | 08/31/17 | J | A | |
| 147. Morgan Stanley #2- Kraft Heinz Co | A | Dividend | | | Buy | 01/27/17 | J | | |
| 148. | | | | | Buy (add'l) | 03/28/17 | J | | |
| 149. | | | | | Sold | 12/20/17 | J | A | |
| 150. Morgan Stanley #2- First Trust NASDAQ ABF | A | Dividend | | | Buy | 01/27/17 | J | | |
| 151. | | | | | Sold | 05/18/17 | J | A | |
| 152. Morgan Stanley #2- Louisiana Pacific Corp | | None | | | Buy | 09/01/17 | J | | |
| 153. | | | | | Sold | 12/28/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Morgan Stanley #2- Mondelez Intl Inc | A | Dividend | | | Buy | 08/16/17 | J | | |
| 155. | | | | | Sold | 12/20/17 | J | A | |
| 156. Morgan Stanley #2- Rockwell Collins | A | Dividend | | | Buy | 04/06/17 | J | | |
| 157. | | | | | Sold | 09/28/17 | J | B | |
| 158. Morgan Stanley #2- Tortoise MLP | | None | | | Buy | 01/27/17 | J | | |
| 159. | | | | | Sold | 05/18/17 | J | A | |
| 160. Morgan Stanley #2- Walt Disney Co | A | Dividend | | | Buy | 02/24/17 | J | | |
| 161. | | | | | Sold | 09/28/17 | J | A | |
| 162. Morgan Stanley #2- Goldman Sachs Activebeta | B | Dividend | L | T | Buy | 01/27/17 | L | | |
| 163. Morgan Stanley #2- First Trust Fncl Alphadex | A | Dividend | J | T | Buy | 09/01/17 | J | | |
| 164. Morgan Stanley #2- First Trust Small Cap Growth | A | Dividend | K | T | Buy | 12/20/17 | K | | |
| 165. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 166. Morgan Stanley #2- Ishares MSCI Euro Fin | A | Dividend | J | T | Buy | 09/21/17 | J | | |
| 167. Morgan Stanley #2- Principal Midcap Instl | A | Dividend | K | T | Buy | 12/20/17 | K | | |
| 168. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 169. Morgan Stanley #2 - Johnson & Johnson | | None | J | T | Buy | 12/12/17 | J | | |
| 170. Morgan Stanley #3 - Vanguard FTSE Emerging Markets (X) | | None | | | Sold | 01/27/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walter, Donald E. | 11/13/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Valuation Code V: asset value on 36 months gross production

#1,  Undeveloped land outside of Waynesboro, Wayne County, Mississippi, and Louisiana farmlands located in Jefferson Parish, Louisiana. Appraisal taken as of October 15, 2008. Jefferson Parish land was sold during 2016. Only the Wayne County property is owned as of 12/31/16.

#2,  Name of bank changed from Jefferson Davis Bank and Trust Co. to JD Bank in 2013.

#3,  Working interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc.Valutaion based on 3 times the current year income.

#4, In prior years, Jefferson Davis Bank Common Stock was held directly, reported on lines 4 and 6. On 3/3/2017 all Jefferson Davis Bank common stock held directly was transferred into Morgan Stanley account #1.

#5,  An undivided interest in real estate located in Jennings, Louisiana. Appraisal taken as of 1979.

#6, In prior years, Jefferson Davis Bank Common Stock was held directly, reported on lines 4 and 6. On 3/3/2017 all Jefferson Davis Bank common stock held directly was transferred into Morgan Stanley account #1. Line 6 has been merged with line 4.

#7,  Royalty interest in Jeff Davis and Vermillion Parishes, Louisiana – Production income paid by Hillcorp Energy.Valuation based on 3 times the current year income.

#8,  Working interest – Alabama Ferry Units in Leon, Houston and other counties in Texas income paid by Hillcorp Corporation. Valuation based on 3 times the current year income.

#12,  Royalty Interest – Hanna #1 Grafton, Blackbird and Thelma Morris – Leon, Houston and other counties in Texas income paid by Palmer Production, Inc. Valuation based on 3 times the current year income.

#13,  Royalty Interest – Jeff Davis and Vermillion Parishes, Louisiana. Production income paid by Texas Petroleum, Spooner Petroleum Company and XTO Energy. Valuation based on 3 times the current year income.

#14, Value used in sucession, DOD 7/9/2007.

#16, Value used in sucession, DOD 7/9/2007.

#17, Name of bank changed from Jerffferson Davis Bank and Trust Co. to JD Bank in 2013. JD bank account was inherited in 2008. Account has since been merged with JD Bank account reported on line 2.

#170, Vanguard FTSE Emerging Markets - Morgan Stanley #3 was below reporting threshold. Asset increased in value and became reportable during 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Donald E. Walter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544